No. 05–8408.  LIRA-LOPEZ, AKA USCANGA-HERNANDEZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–8409.  MATUTE *v.* UNITED STATES; PINEDA-RODRIGUEZ *v.* UNITED STATES; ESCOBAR-REYES *v.* UNITED STATES; and RODRIGUEZ RODRIGUEZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–8410.  LOZADO-AQUINO *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 05–8411.  JACOBO *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 05–8413.  MANESS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 05–8414.  MARTIN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 05–8415.  LOWE *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–8416.  LEWIS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–8418.  PETERSON *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–8419.  MASSE *v.* KNOWLES, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 05–8420.  MATLOCK *v.* KNOWLES, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 05–8424.  PRYOR *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 05–8425.  MCCARTY *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 05–8427.  LUCAS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.